BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
MARK S. EISEN (SBN 289009)
meisen@beneschlaw.com
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
Telephone:  312.212.4949
Facsimile:   312.767.9192

Attorneys for Defendants.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GREG ABRAHAM and DAVID GOLDWASSER, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CF MEADOWLARK ARCIS, LLC, a Delaware limited liability company, CLP MEADOWLARK GOLF, LLC, a Delaware limited liability company, CF ARCIS X, LLC, a Delaware limited liability company, ARCIS HOSPITALITY PARTNERS, LLC, a Texas limited liability company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:17-cv-1725<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants CF Meadowlark Arcis, LLC, CF Arcis X, LLC and Arcis Hospitality Partners, LLC (collectively, "Arcis"), hereby gives notice of removal of this action from the Superior Court of California in and for the County of Orange to the United States District Court for the Central District of California, Southern Division (the "Notice of Removal").  In support thereof, Arcis respectfully states as follows.

## I. THE STATE COURT ACTION

1. On June 15, 2017, Plaintiffs Greg Abraham and David Goldwasser initiated this civil action against Arcis by filing a complaint in the Superior Court of California in and for the County of Orange captioned *Abraham, et al. v. CF Meadowlark Arcis, LLC, et al.*, case no. 30-2017-00926501-CU-OE-CXC (the "State Court Action"). An amended complaint was filed on July 13, 2017. A copy of the complaint and amended complaint in the State Court Action are attached hereto as Exhibit 1.

2. Arcis accepted service of the Summons and Complaint in the State Court Action on September 29, 2017. A copy of Plaintiff's Summons and Amended Summons are attached hereto as Exhibit 2. This Notice of Removal is therefore timely filed under 28 U.S.C. § 1446(b)(1). CLP Meadowlark Golf, LLC is not affiliated with Arcis and has not yet been served.

3. In their Amended Complaint, Plaintiffs contend that Arcis allegedly issued receipts containing more than the last five digits of their credit card receipts in violation of the Fair and Accurate Credit Transactions Act ("FACTA), 15 U.S.C. § 1681c(g). (*See* Ex. 1-B, Am. Compl. ¶¶ 13, 14.)

4. Through her Amended Complaint, Plaintiffs seek an award of statutory damages of up to $1,000 per receipt, on behalf of themselves and a class of (i) all persons who received a violative receipt from an Arcis Entity within the last two years and (ii) all persons who received a violative receipt by an entity owned by CLP Meadowlark Golf, LLC and managed by an Arcis Entity. Plaintiffs also seek punitive damages and attorneys' fees. (*Id.* ¶ 24; *see also id.* at Prayer for Relief.)

## II. REMOVAL IS PROPER

5. Under the federal removal statute, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States

for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6. Here, removal is proper because this Court would have original jurisdiction over Plaintiffs' claims on the basis of federal question jurisdiction.

7. Plaintiffs have asserted one claim—a violation of FACTA, a federal statute. Accordingly, this action arises under a federal law and is removable pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a).

## III.  ALL PROCEDURAL REQUIREMENTS ARE SATISFIED.

8. Arcis was served on September 29, 2017. This Notice of Removal has thus been filed within thirty days of receipt of the summons and complaint by Arcis, and is therefore timely under 28 U.S.C. § 1446(b)(1).

9. A copy of the Notice of Filing and Notice of Removal, attached hereto as Exhibit 3, will timely be filed with the clerk of the Superior Court of California in and for the County of Orange, and served on Plaintiffs' counsel pursuant to 28 U.S.C. § 1446(d).

10. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants who have been properly joined and served join in and consent to the removal of this action.

11. Venue is proper in this Court under 28 U.S.C. § 1446(a) because it is the district court of the United States for the district and division within which the action is pending.

12. Based on the foregoing, this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, and 1441, and the claims may be removed to this Court under 28 U.S.C. §§ 1441 and 1446.

**WHEREFORE**, CF Meadowlark Arcis, LLC, CF Arcis X, LLC and Arcis Hospitality Partners, LLC hereby remove this civil action to this Court.

DATED: October 3, 2017          /s/ Mark S. Eisen

| | |
|---|---|
| 1 | |
| 2 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| 3 | Mark S. Eisen (SBN289009) |
| 4 | meisen@beneschlaw.com |
| 5 | 333 West Wacker Drive, Suite 1900 |
| 6 | Chicago, IL 60606 |
| 7 | Telephone: 312.212.4949 |
|   | Facsimile: 312.767.9192 |
| 8 | Attorneys for Defendants |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court and that copies of the foregoing were sent by first-class U.S. mail, postage prepaid, on October 3, 2017, addressed to the following parties:

Kenneth S. Gaines, Esq.
Daniel F. Gaines, Esq.
Alex Katofsky, Esq.
GAINES & GAINES, APLC
27200 Agoura Road, Suite 101
Calabasas, California 91367

*Attorneys for Plaintiffs*

                                                s/ Mark S. Eisen